1
2
3
4
5
6
7

8
9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11 DARNELL MCGARY,

12            Petitioner,

13      v.

14 DR. HENRY RICHARDS,

15            Respondent.

16

Case No.  C06-5086RJB

ORDER GRANTING
APPLICATION TO PROCEED *IN
FORMA PAUPERIS*

17    Petitioner's application for leave to proceed *in forma pauperis* (Dkt. #1) is **GRANTED**.  Petitioner

18 does not appear to have funds available to afford the $5.00 filing fee.

19    The Clerk is directed to mail a copy of this Order to petitioner.

20    DATED this 10th day of March, 2006.

21
22
23
24
25
26
27
28

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1