UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARNELL MCGARY,

    Petitioner,

v.

DR. HENRY RICHARDS,

    Respondent.

Case No. C06-5086RJB

ORDER DIRECTING CLERK TO DISMISS PETITION WITHOUT PREJUDICE

This case has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1)(B). This matter comes before the Court upon plaintiff's motion to dismiss his petition for writ of *habeas corpus*. (Dkt. #7). After reviewing plaintiff's motion and the record, the Court does hereby find and ORDER:

Under Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 41(a), a plaintiff has the right to voluntarily dismiss his case without order of the Court when no answer or motion for summary judgment has been filed by an adverse party. Rule 41(a)(1) specifically provides that dismissal as a matter of right can be foreclosed only by the filing of an answer or a motion for summary judgment. Roddy v. Dendy, 141 F.R.D. 261, 262 (S.D. Mississippi, 1992).

Petitioner requests dismissal after the Court issued an order to amend his petition or show cause why the matter should not be summarily dismissed (Dkt. #6). In its order the Court explained that petitioner had failed to exhaust his state court remedies, and directed him to file an amended petition by April 10, 2006, or show cause why his petition should not be dismissed. Procedurally in this case,

ORDER
Page - 1

1 | respondent has not yet been served with the petition. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1),
2 | plaintiff's motion to dismiss his petition (Dkt. #7) hereby is GRANTED.
3 |     The Clerk is directed to dismiss petitioner's petition without prejudice and to send a copy of
4 | this Order to petitioner.
5 |     DATED this 10th day of April, 2006.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge